IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT MANGINE,

    Petitioner,

-vs-

JEFFREY S. WALTON
*Warden*,

    Respondent.                             No. 15-cv-189-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 and Respondent's Motion to Dismiss (Doc. 14).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on July 24, 2015 (Doc. 19), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is in favor of the Respondent.

                                           JUSTINE FLANAGAN,
                                           ACTING CLERK OF COURT

                                           BY:  s/*Caitlin Fischer*
                                                    Deputy Clerk

**DATED:** July 27, 2015

Digitally signed by David R. Herndon
Date: 2015.07.27 09:24:58 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT